WILLARD ADAMS, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 27117.)

Argued February 26, 1946; decided June 6, 1946.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Harold S. Coyne, Charles F. Steele* and *Kenneth J. Dugan* of counsel), for appellant.

*Ernest B. Morris* and *Edward G. Dillon* for respondent.

Judgment of Appellate Division reversed and matter remitted to that court for compliance with section 602 of the Civil Practice Act, without costs. (*People ex rel. Sheffield Farms Co.* v. *Lilly,* 295 N. Y. 354.) We do not pass on the merits. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.; MEDALIE, J., deceased.